IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Clay, Dwayne

Printed: 10/2/07

Case Number: 06 B 14681
Judge: Wedoff, Eugene R

Filed: 11/9/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: August 16, 2007
Confirmed: January 11, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,413.30 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,293.65 |
| Trustee Fee: |  | 119.65 |
| Other Funds: |  | 0.00 |
| Totals: | 2,413.30 | 2,413.30 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 2,500.00 | 2,293.65 |
| 2. | Internal Revenue Service | Priority | 3,270.61 | 0.00 |
| 3. | Asset Acceptance | Unsecured | 351.58 | 0.00 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 5,616.82 | 0.00 |
| 5. | Premier Bankcard | Unsecured | 203.23 | 0.00 |
| 6. | Comcast Cablevision | Unsecured | 356.36 | 0.00 |
| 7. | Collection Company Of America | Unsecured |  | No Claim Filed |
| 8. | Bally Total Fitness | Unsecured |  | No Claim Filed |
| 9. | Credit Management Co. | Unsecured |  | No Claim Filed |
| 10. | Instant Cash Advance | Unsecured |  | No Claim Filed |
| 11. | Jefferson Capital | Unsecured |  | No Claim Filed |
| 12. | JVDB Smith Assoc | Unsecured |  | No Claim Filed |
| 13. | Murphy Lomon & Assocaites | Unsecured |  | No Claim Filed |
| 14. | Midland Credit Management | Unsecured |  | No Claim Filed |
| 15. | Nationwide Acceptance Corp | Unsecured |  | No Claim Filed |
| 16. | TCF Bank | Unsecured |  | No Claim Filed |
| 17. | OSI Collection Svc Inc | Unsecured |  | No Claim Filed |
| 18. | Universal Lenders Inc | Unsecured |  | No Claim Filed |
| 19. | KCA Financial Services | Unsecured |  | No Claim Filed |
| 20. | TCF Bank | Unsecured |  | No Claim Filed |
| 21. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 12,298.60 | $ 2,293.65 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Clay, Dwayne | Case Number:  06 B 14681 |
| | Judge:  Wedoff, Eugene R |
| Printed:  10/2/07 | Filed:  11/9/06 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 85.35 |
| 5.4% | 34.30 |
| | _____ |
| | $ 119.65 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_